UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:07CR96 RWS |
| DAMION M. WILSON, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before me on Defendant Wilson's Objections to Report and Recommendation of United States Magistrate Judge.

On November 2, 2007 Magistrate Judge Lewis Blanton issued his Report and Recommendation that defendant Wilson's Motion to Dismiss the Indictment and Motion to Suppress be denied. Defendant Wilson has filed objections to Judge Blanton's Report and Recommendation generally repeating the arguments he made to Judge Blanton.

I have conducted a de novo review of the proceedings in this case. I agree with Judge Blanton that defendant's arguments in support of his motions are based on a misinterpretation of the United States Attorney General Guidelines for use of confidential informants and that there were no violations of the guidelines in this case. The defendant's due process rights against arbitrary capricious and selective prosecution were not violated. The basis for denying the defendants motion to dismiss the indictment are equally applicable to defendant's motion to suppress.

Accordingly,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Lewis Blanton's

Report and Recommendation [#45] filed November 2, 2007, is SUSTAINED, ADOPTED, and INCORPORATED herein. Upon review of the proceedings before Judge Blanton, as well as the relevant caselaw, I concur with Judge Blanton's findings and recommendations.

**IT IS FURTHER ORDERED** that defendant's Motion to Dismiss Indictment [#35] and defendant's Motion to Suppress Evidence [#37] be denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of November, 2006.